**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Virginia Sanderson (Bar No. 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
ginny@KRInternetLaw.com

Attorneys for Plaintiff

**FULBRIGHT & JAWORSKI L.L.P.**
James R. Evans, Jr. (Bar No. 119712)
Tambry L. Bradford (Bar No. 223282)
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY BOTTORFF**, on behalf of herself and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>**AMERCO**, a Nevada corporation; and **U-HAUL INTERNATIONAL, INC.**, a Nevada corporation,<br><br>              Defendants. | **CLASS ACTION**<br><br>Case No. 2:12-cv-01286-MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND CONTINUE HEARING DATE**<br><br>DATE:     August 9, 2012<br>TIME:      2:00 p.m.<br>CTRM:    7<br>JUDGE:   The Honorable Morris C. England, Jr. |

---

Case No. 2:12-cv-01286-MCE-EFB          **STIP AND ORDER TO EXTEND TIME TO RESPOND TO MTD AND HEARING**

Subject to the Court's approval, Plaintiff Mary Bottorff ("Plaintiff") and Defendants U-Haul International, Inc. and AMERCO (collectively, "Defendants'"), by and through their undersigned counsel, hereby jointly STIPULATE AS FOLLOWS:

1. On July 3, 2012, defendant U-Haul International, Inc. filed a motion to dismiss Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), (3) and (6), and 9 U.S.C. § 2 *et seq.* Also on July 3, 2012, defendant AMERCO filed a motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction. AMERCO joined its motion to that of U-Haul International, Inc. pursuant to Federal Rule of Civil Procedure 12(g)(1). Defendants' motions to dismiss are collectively referred to hereafter as "the Motions." At the time of filing, the Motions were set for hearing on August 9, 2012 at 2:00 p.m.

2. Pursuant to the Local Rules of this Court, the current deadline for the filing of Plaintiff's oppositions to the Motions is July 26, 2012.

3. Plaintiff has requested, and Defendants have agreed, to a two-week extension of time for Plaintiff to respond to the Motions.

4. As a result of the extension, it will be necessary to continue the hearing date on the Motions to September 6, 2012.

5. Accordingly, the parties hereby stipulate and agree to the following modified briefing and hearing schedule:

   a. Plaintiff shall file her oppositions to the Motions on or before August 9, 2012.

   b. Defendants shall file their reply briefs in support of the Motions on or before August 23, 2012.

   c. Subject to the approval of the Court, the hearing on the Motions shall be held on September 6, 2012 at 2:00 p.m.

//
//
//

Respectfully Submitted,

DATED: July __, 2012            **KRONENBERGER ROSENFELD, LLP**

By:_____
    Karl S. Kronenberger

Attorneys for Plaintiffs

DATED: July ___, 2012           **FULBRIGHT & JAWORSKI L.L.P.**

By: _____
    James R. Evans, Jr.

Attorneys for Defendants Amerco and U-Haul International, Inc.

**PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that Plaintiff shall file her oppositions to the Motions on or before August 9, 2012. Defendants shall file their reply briefs in support of the Motions on or before August 23, 2012. The hearing on the Motions shall be held on September 6, 2012 at 2:00 p.m.

Dated: July 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE