JAMES R. EVANS, JR. (BAR # 119712)
TAMBRY L. BRADFORD (BAR # 223282)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:     (213) 892-9200
Facsimile:      (213) 892-9494
jevans@fulbright.com
tbradford@fulbright.com

Attorneys for Defendants
AMERCO AND U-HAUL INTERNATIONAL, INC.


KARL S. KRONENBERGER (BAR NO. 226112)
VIRGINIA SANDERSON (BAR NO. 240241)
**KRONENBERGER ROSENFELD, LLP**
150 Post Street, Suite 520
San Francisco, Ca 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
Karl@Krinternetlaw.Com
Ginny@Krinternetlaw.Com

Attorneys For Plaintiff
MARY BOTTORFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY BOTTORFF, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERCO, a Nevada corporation; and U-HAUL INTERNATIONAL, INC.,  a Nevada corporation,<br><br>    Defendants. | Case No. 2:12-CV-01286-MCE-EFB<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON DEFENDANTS AMERCO AND U-HAUL INTERNATIONAL, INC.'S MOTIONS TO DISMISS**<br><br>Date:    September 6, 2012<br>Time:    2:00 p.m.<br>Crtrm:   7 |

Subject to the Court's approval, Plaintiff Mary Bottorff ("Plaintiff") and Defendants U-Haul International, Inc. and AMRECO (collectively, "Defendants'"), by and through their undersigned counsel, hereby jointly STIPULATE AS FOLLOWS:

1. On July 3, 2012, defendant U-Haul International, Inc. filed a motion to dismiss Plaintiff's complaint pursuant to Federal Rules of Civil Procedures 12(b)(1), (3) and (6), and 9 U.S.C. § 2 *et seq.* Also on July 3, 2012, defendant AMERCO filed a motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction. AMERCO joined its motion to that of U-Haul International, Inc. pursuant to Federal Rule of Civil Procedures 12(g)(1). Defendants' motions to dismiss (collectively "the Motions") were scheduled to be heard on August 9, 2012 at 2:00 p.m.

2. On July 17, 2012, at the request of Plaintiff, the parties executed a stipulation to extend Plaintiff's time to respond to the Motions and continue the hearing to September 6, 2012. The Court entered the requested Order on July 18, 2012.

3. On August 30, 2012, counsel for Defendants suffered the loss of a close family member. Over the holiday weekend, counsel learned that he would need to travel to Boston, Massachusetts to coordinate the funeral arrangements and attend the memorial service. As a result, counsel is unable to appear for the hearing on the Motions presently scheduled for September 6, 2012 at 2:00 p.m.

4. Accordingly, counsel for Plaintiff and Defendants have agreed to continue the hearing on the Motions to the Court's next available hearing date, September 20, 2012, at 2:00 p.m.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

/ / /

Dated: September 4, 2012

JAMES R. EVANS, JR.
TAMBRY L. BRADFORD
**FULBRIGHT & JAWORSKI L.L.P.**


By: /s/Tambry L. Bradford
    TAMBRY L. BRADFORD
    Attorneys for Defendants
    AMERCO AND U-HAUL
    INTERNATIONAL, INC.

Dated: September 4, 2012

KARL S. KRONENBERGER
VIRGINIA SANDERSON
**KRONENBERGER ROSENFELD, LLP**


By: /s/Karl S. Kroneberger
    KARL S. KRONEBERGER
    Attorneys for Plaintiff
    MARY BOTTORFF

**PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that the hearing on Defendants AMERCO and U-Haul International, Inc.'s Motion to Dismiss, currently calendared for September 6, 2012, at 2:00 p.m. in Courtroom 7 of the United States District Court for the Eastern District of California, be continued to September 20, 2012 at 2:00 p.m.

DATED: September 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

DOCUMENT PREPARED ON RECYCLED PAPER

52231138.1

- 2 -